

The following constitutes the order of the court.
Signed April 25, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re ) <br> ) <br> Joseph E. Metz, ) <br> ) <br> ) <br> Debtor. ) <br> _____ ) | Case No. 09-46363 <br><br> Chapter 7 |

**MEMORANDUM REGARDING OBJECTION TO CLAIM #5 OF SUNTRUST MORTGAGE INC. (DOCKET NOS. 34, 40)**

The Court notes that the chapter 7 trustee in the above-captioned case, Tevis Thompson, filed an Objection to Claim #5 of Suntrust Mortgage Inc. on February 28, 2011 (Docket No. 34) and thereafter filed a Corrected Objection to Claim #5 of Suntrust Mortgage Inc. on April 18, 2011 (Docket No. 40), requesting an order by default on that same day. An order was never entered on the Objection and the Court finds no order pending. The case appears otherwise ready for closure.

Based on the foregoing, the Objection will be overruled as abandoned unless the trustee within **10 days** from entry of this Memorandum uploads an order sustaining the Objection for the Court's review.

\*\*END OF MEMORANDUM\*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Jeremy W. Katz |
| 3 | shierkatz RLLP<br>930 Montgomery Street, 6th Fl.<br>San Francisco, CA 94133 |
| 4 | |
| 5 | Tevis Thompson<br>P.O. Box 1110<br>Martinez, CA 94553 |
| 6 | Robert L. Goldstein |
| 7 | Law Offices of Robert L. Goldstein<br>100 Bush St. #501 |
| 8 | San Francisco, CA 94104 |